# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. District Court
Wisconsin Eastern

MAR 17 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Robert Anthony Whitaker

v.

(Full name of defendant(s))

Jarod Hoy

Grace Knutson

Stephanie Olmsted

Case Number:

**26-C-434**

(to be supplied by Clerk of Court)

## A.    PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

___General Delivery    Antigo, Wi 54409___
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ___Jarod Hoy___
(Name)

Complaint – 1

More Defendants

Grace Knutson          Department of Corrections
                       Corrections Services Manager
                       Sex Offender Programs
                       3099 E. Washington Ave.
                       Madison, Wi. 53704


Stephanie Olmsted      Department of Corrections
                       Division of Community Corrections
                       Adult Probation and Parole Agent
                       2124 Clermont St.
                       Antigo, Wi. 54409

is (if a person or private corporation) a citizen of <u>Wisconsin</u>

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Secretary of the Wisconsin Department of Corrections 3099 East Washington Ave. Madison, Wi. 53704</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Wisconsin Department of Corrections is responsible for the Sex
Offender Registry. This department put a conviction on me that
I have never been indited, charged, amended or convicted of.
Jared Hoy, it is he, the secretary of DOC, through his delegates,
Grace Knutson and Stephanie Olmsted, that made the final
decision. The defendants have violated multiple United States
Constitutional Amendments and have violated multiple Wisconsin
State Constitutional Statutes against me. Knutson and
Olmsted have stated that there is "record" of a conviction
of Aggravated Criminal Sexual Abuse. I was indited, charged

Complaint – 2

and convicted of Attempted Aggravated Criminal Sexual Abuse. A "record" is not the same as a "Judgement of Conviction" nor is the same as a "Certified Copy" of a court order. I did a WRIT OF CERTIORARI which explains that I have completed all administrative remedies to there fullest and is detailed. I believe my "WRIT" is a very good compliment to this "COMPLAINT". This all happened in Wisconsin. I really don't know why this has been done to me. Olmsted did use her office of DCC to get me to confess to the case that is in the appellate courts by saying we can't move forward with probation till I admit guilt to those crimes. I told Olmsted that I stand on my presumption of innocence and that my attorney told me not to discuss the case with any person because it is an open case. (Langlade County Case No. 21CF112/ Court of Appeals Case No. 25 AP2215-CR). Right after that, Olmsted put me homeless out of the TLP. I am still homeless, and its been since November 2025. Any time I have housing "good to go", after the person talks to Olmsted then its off the table for me. She must purposly be keeping me homeless. Olmsted even had the TLP checker throw out all my personal property, which had all my legal work for what I was working on for the WRIT and the appelate case. At least I had the draft copies.

Case 2:26-cv-00434-LA    Filed 03/17/26    Page 4 of 6    Document 1

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am asking that the individuals that are responsible for putting a conviction on me that is fictious and put out there for the world to see should be terminated from their employment with DOC and NEVER be let to have that kind of position of power anywhere. Criminal charges should also be filed against the individuals who are directly responsible for violating my constitutional rights and prison to the maximum allowable by state and federal law. This TORT is LIBEL along with character assassination, duress, mental anguish, stress, being threatened, and duress. IF a dollar amount is available, I would ask for 10,000,000 which will never be a cure for what I have lived through. IF i was to write a book it would be titled: Tyranny In The County of Trails. A Horrific Life Experience. A True Story.

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___9th___ day of ___March___ 20_26_ .

Respectfully Submitted,

_Robert A. Whiteaker_
Signature of Plaintiff

___715 - 350 - 3809___
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_Robert Anthony Whiteaker_
_General Delivery   Antigo Wi.   54409_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5